UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-21-08
MAY 21 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08CR 407 |
| v. | ) | |
| | ) | Magistrate Judge Martin C. Ashman |
| ANTHONY VALENTINO | ) | |

### EX PARTE MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the above criminal complaint, affidavit in support of the criminal complaint and arrest warrant. In support of its Motion, the government states as follows:

1. The United States has presented the Court with a criminal complaint, an affidavit supporting the criminal complaint and arrest warrant for the defendant.

2. The complaint, affidavit and warrants contain information concerning a sensitive investigation and identify the targets of the investigation.

3. If the contents of the complaint, affidavit and warrant are made public prior to the arrest of the defendant, the defendant may take action to impede any further investigation and may also interfere with arrest.

WHEREFORE, the United States respectfully requests this Court to enter an Order placing the complaint, affidavit, arrest warrant and this Motion under seal for until and including November 21, 2008 or until the time that the defendant is arrested, or until further order of this Court.

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

By: _____
      JULIET S. SORENSEN
      CHRISTINA EGAN
      Assistants United States Attorney
      219 South Dearborn, Third Floor
      Chicago, Illinois 60604
      312/ 353-5300