UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **08CR 407** |
| | ) |
| v. | ) No. _____ |
| | ) Magistrate Judge Martin C. Ashman |
| ANTHONY VALENTINO | ) |

### ORDER SEALING COMPLAINT, AFFIDAVIT SUPPORTING COMPLAINT AND ARREST WARRANT

There appearing probable cause to believe that disclosure of the facts contained in the affidavit could jeopardize the integrity of an ongoing investigation, it is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrant and this Motion shall be sealed until November 21, 2008, or until the time that the defendant is arrested, or until further order of this Court.

SO ORDERED:

_____
MARTIN C. ASHMAN

Date: **MAY 2 1 2008**