UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 407 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| ANTHONY VALENTINO | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　　s/Christina Egan
　　　　　　　　　　　　　　　　CHRISTINA EGAN
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　(312) 353-4095

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by facsimile on June 3, 2008, to the following non-ECF filers:

> Arthur E. Engelland
> Arthur E. Engelland & Associates
> 39 S. LaSalle Street, Ste. 1050
> Chicago, IL 60603
> Fax   312-345-8575

By:   s/ Christina Egan
CHRISTINA EGAN
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
312-353-4095