## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 407 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Anthony Valentino | | |

**DOCKET ENTRY TEXT**

Government's agreed first motion for an extension of time to return indictment pursuant to 18 U.S.C. Section 3161(h) [11] is granted.  ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended from June 20, 2008 to and including August 19, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|