

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 407 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Anthony Valentino | | |

**DOCKET ENTRY TEXT**

Enter agreed order. Defendant's agreed emergency motion to leave the jurisdiction of this court is granted. Defendant is allowed to leave the jurisdiction of this court on 7/4/2008 thru 7/6/2008 to Muskegon, Michigan, and 7/17/2008 thru 7/20/2008 to St. Joseph, Michigan.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 JUL 15 PM 5:05
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|