

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **FILED** |
| v | ) No. 08 CR 407 | 7-2-08 |
| | ) | JUL - 2 2008 |
| ANTHONY VALENTINO | ) | |
| | ) | MICHAEL W. DOBBINS |
| | | CLERK, U.S. DISTRICT COURT |

## EMERGENCY MOTION

*NOW COMES* ANTHONY VALENTINO, by and through his attorney ARTHUR E. ENGELLAND and moves this Honorable Court to enter an order allowing ANTHONY VALENTINO to leave the jurisdiction of this court to the following places:

1. Dates:     July 4 thru July 6th
   Location:  Muskegon, Michigan
   Reason:    Nephew's Boy Scout *Order of the Arrow* Ceremony at Owasippe Reservation
   Mode:      Driving
   Info:      Hotel reservation at the Fairfield Inn Suites, North Shores, MI

2. Dates:     July 17 thru July 20th
   Location:  St. Joseph, Michigan
   Reason:    Family vacation at the beach for *Venetian Festival*
   Mode:      Driving
   Info:      Hotel Reservation at The Boulevard Inn, St. Joseph, MI

3. That the government and pre-trial services do not have any objection to this request.

_____
Arthur E. Engelland Associates

Arthur E. Engelland & Associates
39 S. LaSalle St., Suite 1050
Chicago, IL. 60603
(312) 345-7500
d4/7.2.08

1