UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) No. 08 CR 407 | |
| | ) | |
| ANTHONY VALENTINO | ) | |

**EMERGENCY NOTICE OF MOTION**

FILED
7-2-08
JUL - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Christine Egan
Assistant United States Attorney
Dirksen Federal Building, #500
219 South Dearborn Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on July 3rd, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Martin Ashman, U.S. Magistrate Judge or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, Courtroom 1386, and present **Agreed Order** which is attached and made part of this Notice.

Arthur E. Engelland Associates

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to par, 1-109 the above notice and any attached pleadings were hand delivered to each person to whom it is directed on July 2nd, 2008 on or before 5:00 p.m

Claudia A. Fatima

Arthur E. Engelland & Associates
39 S. LaSalle St., Suite 1050
Chicago, IL. 60603
(312) 345-7500
d4/7.2.08

1