

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | No.  08 CR 407 |
| ) | |
| ANTHONY VALENTINO ) | |

### AGREED ORDER

This cause coming on agreed motion of the parties, due notice being given and the Court being duly advise in the premises;

IT IS HEREBY ORDERED:

That Anthony Valentino is allowed to leave the jurisdiction of this court for the following destinations:

1. Dates:     July 4 thru July 6th
   Location:  Muskegon, Michigan
   Reason:    Nephew's Boy Scout *Order of the Arrow* Ceremony at Owasippe Reservation
   Mode:      Driving
   Info:      Hotel reservation at the Fairfield Inn Suites, North Shores, MI

2. Dates:     July 17 thru July 20th
   Location:  St. Joseph, Michigan
   Reason:    Family vacation at the beach for *Venetian Festival*
   Mode:      Driving
   Info:      Hotel Reservation at The Boulevard Inn, St. Joseph, MI

Dated: JUL 15 2008

_____
Judge                     No.