UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 407 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| ANTHONY VALENTINO | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                      Respectfully submitted,

                      PATRICK J. FITZGERALD
                      United States Attorney

By:    s/Christopher P. Hotaling
        CHRISTOPHER P. HOTALING
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5324

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by facsimile on August 8, 2008, to the following non-ECF filers:

    Arthur E. Engelland
    Arthur E. Engelland & Associates
    39 S. LaSalle Street, Ste. 1050
    Chicago, IL 60603
    Fax   312-345-8575

                            By:    s/Christopher P. Hotaling
                                     CHRISTOPHER P. HOTALING
                                     Assistant United States Attorney
                                     219 South Dearborn Street
                                     Chicago, Illinois 60604
                                     (312) 353-5324